IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES SEXTON,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

ORDER

Case No. 21-cv-276-bbc

---

Petitioner James Sexton seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than May 14, 2021. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately October 23, 2020 through the date of the petition, April 23, 2021.

ORDER

IT IS ORDERED that:

    1.    Petitioner James Sexton may have until May 14, 2021, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2.  If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before May 14, 2021, I will assume that petitioner wishes to withdraw this petition.

Entered this 23rd day of April, 2021.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge