IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES SEXTON,

    Petitioner,

                                    Case No. 21-cv-276-bbc

  v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered denying James Sexton's petition for a writ of habeas corpus under 28 U.S.C. § 2241 and dismissing this case.

| /s/ | 5/27/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |